IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA L. WEBSTER, | ) | 4:08CV3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff has filed a motion (filing 12) for enlargement of time within which to file her initial brief. I shall grant the plaintiff's motion.

    Accordingly,

    IT IS ORDERED that:

    1.    Plaintiff's motion (filing 12) for enlargement of time within which to file her initial brief is granted;

    2.    Plaintiff shall file a brief by October 27, 2008;

    3.    Defendant shall file a brief by November 26, 2008;

    4.    Plaintiff may file a reply brief by December 10, 2008; and

    5.    This case shall be ripe for decision on December 11, 2008.

September 30, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge