THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA L. WEBSTER, | ) | 4:08CV3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is reversed and the cause remanded to the Commissioner for further proceedings in accordance with the court's Memorandum and Order filed this date.

DATED this 19th day of June, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge