IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA L. WEBSTER, | ) | 4:08CV3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $6,486.00. (Filing 28.) This sum represents 37.6 hours of work by Plaintiff's attorney, at an average hourly rate of $172.50.[1] The Commissioner does not object to the amount of fees requested and has no objection to payment of the award directly to Plaintiff's counsel. (Filing 30.) *Ratliff v. Astrue*, 540 F.3d 800, 801 (8th Cir. 2008) (attorney's fees in social security EAJA case are awarded to the prevailing party's attorney, rather than to the party), *cert. granted*, 77 U.S.L.W. 3619, 2009 WL 1146426 (U.S. Sept. 30, 2009) (No. 08-1322).

The court has determined that Plaintiff was indeed the prevailing party in this action, as the Commissioner's decision was reversed and the matter was remanded for further proceedings; the application for fees was filed in a timely fashion; and the position of the Commissioner was not substantially justified. Plaintiff therefore is entitled to an award of reasonable attorney fees.

---

[1] This average hourly rate equals the statutory maximum of $125.00, adjusted on a monthly basis to account for inflation since March 1996.

Accordingly,

IT IS ORDERED that:

1. Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act (filing 28) is granted.

2. By separate document, the court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $6,486.00, payable to Plaintiff's counsel of record.

DATED this 21st day of October, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.